```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 39264
    CHARLIE MAE BURTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-3799

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/21/2004 and was confirmed 12/13/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED         7456.05         .00            7456.05
WELLS FARGO FINANCIAL IL  SECURED NOT I     2869.41         .00             .00
ELAN/FIRSTAR CARD SERVIC  SECURED           7075.00         182.54         7075.00
ELAN/FIRSTAR CARD SERVIC  UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP     UNSECURED         4747.23         .00            4747.23
ECAST SETTLEMENT CORP     UNSECURED         5732.49         .00            5732.49
AT&T CITICARD             UNSECURED         NOT FILED       .00             .00
AMOCO BP                  UNSECURED         NOT FILED       .00             .00
CAPITAL ONE               UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1419.52         .00            1419.52
ECAST SETTLEMENT CORP     UNSECURED        12682.62         .00           12682.62
EXXON MOBIL               UNSECURED         NOT FILED       .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1915.47         .00            1915.47
ECAST SETTLEMENT CORP     UNSECURED         3374.21         .00            3374.21
ECAST SETTLEMENT CORP     UNSECURED          404.38         .00             404.38
ECAST SETTLEMENT CORP     UNSECURED         1393.03         .00            1393.03
ECAST SETTLEMENT CORP     UNSECURED         1955.53         .00            1955.53
ECAST SETTLEMENT CORP     UNSECURED          870.87         .00             870.87
Q CARD                    UNSECURED         NOT FILED       .00             .00
UNION PLUS LOAN PROGRAM   UNSECURED         4570.76         .00            4570.76
VERIZON                   UNSECURED          389.11         .00             389.11
ECAST SETTLEMENT CORP     UNSECURED         1542.56         .00            1542.56
WELLS FARGO FINANCIAL IL  UNSECURED         NOT FILED       .00             .00
WFNNB                     UNSECURED         NOT FILED       .00             .00
SHERMAN ACQUISITION       UNSECURED         2202.45         .00            2202.45
SHERMAN ACQUISITION       UNSECURED             .27         .00              .27
PETER FRANCIS GERACI      DEBTOR ATTY      2,700.00                       2,700.00
TOM VAUGHN                TRUSTEE                                         3,770.50
DEBTOR REFUND             REFUND                                          1,798.69

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 39264 CHARLIE MAE BURTON
```

```
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                66,183.28

PRIORITY                                          .00
SECURED                                      7,075.00
     INTEREST                                  182.54
UNSECURED                                   50,656.55
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         3,770.50
DEBTOR REFUND                                1,798.69
                       ---------------     ---------------
TOTALS                 66,183.28            66,183.28
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 02/24/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                    PAGE   2
    CASE NO. 04 B 39264 CHARLIE MAE BURTON